929 A.2d 629

**COMMONWEALTH of Pennsylvania, OFFICE OF ADMINISTRATION,**

**v.**

**PENNSYLVANIA LABOR RELATIONS BOARD (Pennsylvania State Corrections Officers Association)**

**Petition of Pennsylvania Labor Relations Board.**

Supreme Court of Pennsylvania.

July 10, 2007.

## *ORDER*

·PER CURIAM.

The Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Commonwealth Court is **REVERSED** and the matter is remanded for proceedings consistent with this opinion. *Commonwealth of Pennsylvania, Office of Administration v. Pennsylvania Labor Relations Board and Pennsylvania State Corrections Officers Association,* 591 Pa. 176, 916 A.2d 541 (2007).